■ WALTER OWENS et al., Respondents, v PALM TREE NURSING HOME, INC., et al., Defendants, and PATENT SCAFFOLDING CO., INC., Appellant. (And a Third-Party Title.)—Order of the Supreme Court, Kings County, dated May 23, 1974, affirmed, with $20 costs and disbursements. No opinion. The time within which appellant may produce the two accident reports is extended until 20 days after entry of the order to be made hereon. Hopkins, Acting P. J., Cohalan, Brennan, Munder and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MURRAY BOGATIN, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County, rendered November 21, 1973, convicting him of attempted criminal contempt, upon his plea of guilty, and sentencing him to a fine of $1,000. Judgment affirmed. By his guilty plea defendant waived all nonjurisdictional defects *(People v La Ruffa,* 40 AD2d 1022, affd 34 NY2d 242; *People v Schiskey,* 39 AD2d 608). The other contentions raised by defendant have been considered and found to be without merit. Latham, Acting P. J., Christ, Munder and Shapiro, JJ., concur.